# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| PHILLIP HALE, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:18-cv-00672 |
|  | ) | **CHIEF JUDGE CRENSHAW** |
| WARDEN MAYES, et al., | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge, recommending the case be dismissed without prejudice in accordance with Federal Rule of Civil Procedure 41(b). (Doc. No. 14.) The Magistrate Judge notes that Hale has been released from custody but has not informed the Court of his updated address nor taken any action regarding his lawsuit subsequent to his release from incarceration. No objections have been filed regarding the Magistrate's Report and Recommendation. Accordingly, after a *de novo* review, the Report and Recommendation is **ADOPTED**. Therefore, Hale's instant suit is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE